IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY COOPER,

    Plaintiff,

vs.                         CASE NO. 1:08CV144-MP/AK

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding pro se and IFP, has two cases alleging deliberate indifference to his serious medical needs. (See also Case No.1:07cv114). The earlier filed case has been served upon the defendants and Plaintiff was directed to show cause on or before October 10, 2008, why the present case should not be dismissed. (Doc. 6). Plaintiff has responded (doc. 7), and it appears to the Court that the present cause may have been brought in error and the earlier filed case should proceed and encompasses the claim for money damages related to Plaintiff's leg and foot that he intends to pursue.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.  It is **FURTHER RECOMMENDED** that the financial department be directed to return any funds collected from Plaintiff relating to this cause of action and the Order directing that funds be collected (doc. 4) be **VACATED**.

**IN CHAMBERS** at Gainesville, Florida, this  **21st**  day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:08CV144-MP/AK